

# THE ATTORNEY GENERAL
# OF TEXAS

JOHN L. HILL
ATTORNEY GENERAL

AUSTIN, TEXAS 78711

November 16, 1976

The Honorable Jackie W. St. Clair          Opinion No. H-897
Commissioner
Texas Department of Labor and              Re: Authority of the
    Standards                               Department of Labor and
P. O. Box 12157, Capitol Station           Standards to make special
Austin, Texas   78711                      boiler inspections and
                                            charge a fee therefor.

Dear Commissioner St. Clair:

    You have requested our opinion regarding the authority
of the Department of Labor and Standards to make special
boiler inspections and to charge a fee therefor.  You state
that, since 1969, the Department has been conducting "shop
surveys" for boiler manufacturers to enable such manufacturers
to obtain certification by the American Society of Mechanical
Engineers.  The Department has been charging for this service
a fee of $60.00 per half day and $100.00 per full day, plus
travel and per diem expenses of the inspectors.

    The Texas Boiler Inspection Law, article 5221c, V.T.C.S.,
authorizes the Commissioner of the Department of Labor and
Standards to inspect certain steam boilers and to promulgate
"rules and regulations . . . for the construction, installation,
use, maintenance and operation of steam boilers and appurten-
ances thereof."  Sections 4, 6.  Furthermore, the Commissioner
is required thereby to fix and collect fees for such inspections,
not to exceed $15.00.  Section 12.  The statute does not, however,
provide for the inspection of boiler manufacturers, nor authorize
a fee therefor.

    We understand a "shop survey" to be a general inspection
of the plant and machinery of a boiler manufacturer, including
an evaluation of the qualifications of its employees.

It is well established that an administrative agency has only those powers expressly granted to it by statute and those necessarily implied therefrom. Stauffer v. City of San Antonio, 344 S.W.2d 158 (Tex. Sup 1961). In our view, article 5221c cannot be construed to authorize the Commissioner of the Department of Labor and Standards to conduct "shop surveys" of boiler manufacturers and to charge a fee for such inspections. We do not consider or decide the question of whether the Department of Labor and Standards might properly conduct a more narrow inspection directed at boilers being constructed in the shops of manufacturers.

### S U M M A R Y

The Department of Labor and Standards is not authorized under article 5221c, V.T.C.S., to conduct "shop surveys" of boiler manufacturers and to charge a fee therefor.

Very truly yours,

JOHN L. HILL
Attorney General of Texas

APPROVED:

DAVID M. KENDALL, First Assistant

C. ROBERT HEATH, Chairman
Opinion Committee

jwb